**UNITED STATES COURT OF INTERNATIONAL TRADE**            FORM 3

TMK IPSCO, V&M STAR L.P., WHEATLAND
TUBE CORP., EVRAZ ROCKY MOUNTAIN
STEEL, AND THE UNITED STEELWORKERS,
        Plaintiffs,

       v.

UNITED STATES,
        Defendant.

Court No. 10-00055

**TO:**  The Attorney General, the Department of Commerce, and/or the United States International Trade Commission:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

              **/s/ Tina Potuto Kimble**
              Clerk of the Court

---

1.  Plaintiffs TMK IPSCO, V&M Star L.P., Wheatland Tube Corp., and Evraz Rocky Mountain Steel, are each producers of oil country tubular goods ("OCTG"), while plaintiff United Steelworkers is a union representing workers producing OCTG. Each of these plaintiffs were interested parties pursuant to 19 U.S.C. § 1677(9)(c) that participated in the challenged proceeding.
    (Names and standing of plaintiffs)

2.  Certain Oil Country Tubular Goods from the People's Republic of China: Final Countervailing Duty Determination, as Amended
    (Brief description of contested determination)

3.  November 23, 2009; amended January 15, 2010
    (Date of determination)

4.      December 7, 2009; amended January 20, 2010
            (Date of publication in Federal Register of notice of contested determination)

                Name, Address, and Telephone Number
                of Plaintiff's Attorney

                Roger B. Schagrin
                Schagrin Associates
                900 7th St. NW Suite 500
                Washington, DC 20001
                (202) 223-1700


/Roger B. Schagrin/
Roger B. Schagrin


February 18, 2010
Date