## CERTIFICATE OF SERVICE

I hereby declare that on this 18th day of February, 2010, I have served a copy of the attached Summons and Complaint in CIT Case No. 10-00055 by certified U.S. mail, return receipt requested, on the following:

Attorney in Charge
Commercial Litigation Branch
Civil Division
**U.S. Department of Justice**
100 L St. NW
Washington, DC 20530

Philippe M. Bruno, Esq.
**Greenberg Traurig LLP**
2101 L Street, N.W.
Suite 1000
Washington, DC 20037

General Counsel
**U.S. Department of Commerce**
1401 Constitution Ave. NW
Washington, DC 20230

Michael P. House, Esq.
**Perkins Coie LLP**
607 Fourteenth Street, N.W.
Washington, DC 20005

Alan H. Price, Esq.
**Wiley Rein LLP**
1776 K Street, N.W.
Washington, DC 20006

Kevin J. Cuddy, Esq.
**O'Melveny & Myers LLP**
1625 Eye Street, N.W.
Washington, DC 20006

Jeffrey D. Gerrish, Esq.
**Skadden Arps Slate Meagher & Flom LLP**
1440 New York Avenue, N.W.
Washington, DC 20005

H. Deen Kaplan, Esq.
**Hogan & Hartson LLP**
555 Thirteenth Street, N.W.
Washington, DC 20004

Chen Guihua
First Secretary
**Embassy of the People's Republic of China**
Economic and Commercial Office
2133 Wisconsin Avenue, NW
Washington, DC 20007

Gregory S. Menegaz, Esq.
**deKieffer & Horgan**
729 Fifteenth Street, N.W.
Suite 800
Washington, DC 20005

William H. Barringer, Esq.
**Winston & Strawn LLP**
1700 K Street, N.W.
Washington, DC 20006

Mark D. Davis, Esq.
**Davis & Leiman P.C.**
1025 Connecticut Avenue, N.W.
Suite 1012
Washington, DC 20036

Julie C. Mendoza, Esq.
**Troutman Sanders LLP**
401 9th Street, NW
Suite 1000
Washington, DC 20004

Francis J. Sailer, Esq.
**Grunfeld, Desiderio, Lebowitz,
Silverman & Klestadt LLP**
1201 New York Avenue, N.W.,
Suite 650
Washington, DC 20005

Jeffrey S. Neeley, Esq.
**Barnes Richardson & Colburn**
11 Dupont Circle
Suite 500
Washington, DC 20036

Edmund W. Sim, Esq.
**Appleton Luff Pte Ltd**
1025 Connecticut Avenue, NW
Suite 1000
Washington, DC 20036

/Roger B. Schagrin/
Roger B. Schagrin