## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TMK IPSCO, V&M Star L.P., Wheatland Tube Corp., Evraz Rocky Mountain Steel, and United Steelworkers, <br><br> Plaintiffs, <br><br> v. <br><br> United States, <br><br> Defendant, <br><br> and <br><br> Tianjin Pipe (Group) Corp. and Tianjin Pipe International Economic & Trading Corp., <br><br> Defendant-Intervenors. | Court No. 10-00055 |

### ORDER

Upon consideration of the consent motion of United States Steel Corporation ("Applicant") to intervene as a matter of right as Plaintiff-Intervenor in the above-captioned action, it is hereby

ORDERED, that Applicant's motion to intervene is granted, and it is further

ORDERED, that Applicant be entered as Plaintiff-Intervenor in the above-captioned action.

SO ORDERED.

_____

Dated: _____, 2010

UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| TMK IPSCO, V&M Star L.P., Wheatland Tube Corp., Evraz Rocky Mountain Steel, and United Steelworkers,<br><br>Plaintiffs,<br><br>v.<br><br>United States,<br><br>Defendant,<br><br>and<br><br>Tianjin Pipe (Group) Corp. and Tianjin Pipe International Economic & Trading Corp.,<br><br>Defendant-Intervenors. | Court No. 10-00055 |

**CONSENT MOTION TO INTERVENE AS OF RIGHT
AS PLAINTIFF-INTERVENOR**

Pursuant to Rules 24(a) and (c) of this Court, United States Steel Corporation ("Applicant"), by and through its attorneys, hereby requests that it be permitted to intervene in the above-captioned matter as Plaintiff-Intervenor.

1. TMK IPSCO, V&M Star L.P., Wheatland Tube Corp., Evraz Rocky Mountain Steel, and United Steelworkers (collectively "Plaintiffs") instituted this action pursuant to 28 U.S.C. § 1581(c) and 19 U.S.C. § 1516a(a)(2)(B)(i) to contest the final determination issued by the United States Department of Commerce in the countervailing duty investigation in <u>Certain Oil Country Tubular Goods from the People's Republic of China</u>, 74 Fed. Reg. 64045 (Dep't Commerce Dec. 7, 2009) (final determ.) and <u>Certain Oil Country Tubular Goods from the People's Republic of China</u>, 75

1

Fed. Reg. 3203 (Dep't Commerce Jan. 20, 2010) (amended final determination and order).

2. Applicant is a producer in the United States of a domestic like product to the subject merchandise and participated as a domestic interested party in the contested investigation. Accordingly, Applicant is an interested party within the meaning of 19 U.S.C. § 1677(9)(C) and may intervene in this action as a matter of right pursuant to 28 U.S.C. § 2631(j)(1)(B). Applicant seeks to intervene on behalf of Plaintiffs (i.e., as Plaintiff-Intervenor) as to each of the claims asserted in the complaint.

3. Plaintiffs filed a summons and a complaint in this action on February 18, 2010. This motion is being made within thirty days after the date of service of Plaintiffs' complaint and is, therefore, timely under Rules 24(a) and 6(c) of this Court.

4. Counsel for Applicant has discussed this motion with counsel to the other parties. On March 24, 2010, Roger Schagrin, Esq. of the law firm of Schagrin Associates, counsel to Plaintiffs, and Ross Bidlingmaier, Esq. of the law firm of Winston & Strawn LLP, counsel to Defendant-Intervenors, each consented to this motion. On March 25, 2010, Claudia Burke, Esq. of the U.S. Department of Justice, counsel to Defendant, also consented to this motion.

For the foregoing reasons, Applicant respectfully requests that this motion be granted and that it be permitted to intervene in these proceedings.

Respectfully submitted,

Robert E. Lighthizer
Jeffrey D. Gerrish
Nathaniel B. Bolin

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

On behalf of United States Steel Corporation

Dated: March 25, 2010

## UNITED STATES COURT OF INTERNATIONAL TRADE

TMK IPSCO v. United States, Court No. 10-55

### PUBLIC CERTIFICATE OF SERVICE

I hereby certify that the foregoing submission was served on this 25th day of March, 2010, by Federal Express overnight service on the parties listed below:

Claudia Burke, Esq.
**U.S. DEPARTMENT OF JUSTICE**
Commerical Litigation Branch
Civil Division
1100 L Street, N.W.
Suite 12112
Washington, D.C. 20530

*On behalf of the United States*

Daniel L. Porter, Esq.
**WINSTON & STRAWN LLP**
1700 K Street, N.W.
Washington, D.C. 20006-3817

*On behalf of Tianjin Pipe (Group) Corp. and Tianjin Pipe International Economic & Trading Corp.*

Alan H. Price, Esq.
**WILEY REIN LLP**
1776 K Street, N.W.
Washington, D.C. 20006

*On behalf of Maverick Tube Corporation*

Roger B. Schagrin, Esq.
**SCHAGRIN ASSOCIATES**
900 7th Street, N.W.
Suite 500
Washington, D.C. 20001

*On behalf of TMK IPSCO, V&M Star L.P., Wheatland Tube Corp., Evraz Rocky Mountain Steel, and the United Steel Workers*

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

_____
By: Tina Wang
    Legal Assistant