UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TMK IPSCO et al., | |
| Plaintiffs, | |
| and | Before: WALLACH, Judge |
| | Court No.: 10-00055 |
| MAVERICK TUBE CORPORATION and UNITED STATES STEEL CORPORATION, | |
| Plaintiff-Intervenors, | |
| v. | |
| UNITED STATES, | |
| Defendant, | |
| and | |
| TIANJIN PIPE (GROUP) CORP. and TIANJIN PIPE INTERNATIONAL ECONOMIC & TRADING CORP., | |
| Defendant-Intervenors. | |

## **ORDER**

Upon consideration of the Consent Motion to Consolidate filed by United States Steel Corporation ("Consent Motion to Consolidate"), all parties having consented to the relief sought therein, the court having reviewed all pleadings and papers on file herein, and good cause appearing therefor, it is hereby

ORDERED that the Consent Motion to Consolidate is GRANTED; and it is further

ORDERED that TMK IPSCO v. United States (Ct. No 10-00055), Tianjin Pipe (Group) Corp. v. United States (Ct. No. 10-00058), Maverick Tube Corporation v. United States, Ct. No.

10-00063), and United States Steel Corporation v. United States (Ct. No. 10-00064) are hereby consolidated under lead case TMK IPSCO v. United States (Consol. Ct. No 10-00055).

Dated: June 24, 2010
       New York, New York

/S/      Evan J. Wallach
             Judge

## NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: June 24, 2010           By: /s/ Rebecca Ricci
                                      Deputy Clerk