FORM 17

## UNITED STATES COURT OF INTERNATIONAL TRADE
## NEW YORK, NEW YORK

| | |
|---|---|
| TMK IPSCO et al., | BEFORE: HON. EVAN J. WALLACH |
| Plaintiffs, | |
| v. | Consol. Court No. 10-00055 |
| UNITED STATES, | |
| Defendant. | |

## BUSINESS PROPRIETARY INFORMATION CERTIFICATION

<u>Wesley V. Carrington</u> certifies that

1. I am

    ☒ an attorney at the law firm of <u>Hogan Lovells US LLP</u>; and I have read and am familiar with the Rules of the United States Court of International Trade.

    ☐ a consultant employed by _____

2. I represent, or am retained by or on behalf of

    ☒ a party to this action,

    ☐ an interested party that has filed a motion to intervene in this action, which is identified below:

3. I was

    ☐ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

    ☒ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|---|---|---|
| TMK IPSCO, V&M Star L.P., Wheatland Tube Corp., Evraz Rocky Mountain Steel, United Steelworkers | Michael James Brown, Schagrin Associates | October 4, 2010 |
| Maverick Tube Corporation | Robert Edward DeFrancesco, III, Wiley Rein, LLP | October 4, 2010 |
| United States | Claudia Burke, U.S. Department of Justice | October 4, 2010 |
| Tianjin Pipe (Group) Corp., Tianjin Pipe International Economic & Trading Corp. | Matthew Paul McCullough, Winston & Strawn, LLP | October 4, 2010 |
| United States Steel Corporation | Nathaniel B. Bolin, Skadden Arps Slate Meagher & Flom, LLP | October 4, 2010 |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

4. I am

    ☒   (for attorneys) not involved in competitive decision making for the interested party I represent.

    ☐   (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

/s/ Wesley V. Carrington
Wesley V. Carrington

HOGAN LOVELLS US LLP
Columbia Square Building
555 Thirteenth Street, NW
Washington, DC 20004-1109
Phone: +1.202.637.3639
Fax: +1.202.637.5910
E-mail: wesley.carrington@hoganlovells.com

Date: October 5, 2010

## CERTIFICATE OF SERVICE

      I, Wesley V. Carrington, hereby certify that I caused copies of the foregoing Business Proprietary Certification filed on this date, the 5th of October, 2010, on behalf of the Bureau of Fair Trade for Imports & Exports, Ministry of Commerce, The People's Republic of China to be served, by first-class mail, upon the following parties:

On Behalf of Plaintiffs TMK IPSCO, V&M Star L.P., Wheatland Tube Corp., Evraz Rocky Mountain Steel, United Steelworkers:

Roger Brian Schagrin
SCHAGRIN ASSOCIATES
900 Seventh Street, NW.
Suite 500
Washington, DC 20001

On Behalf of Intervenor Plaintiff Maverick Tube Corporation:

Alan Hayden Price
WILEY REIN, LLP
1776 K Street, NW.
Washington, DC 20006

On Behalf of Intervenor Plaintiff United States Steel Corporation:

Jeffrey David Gerrish
SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
1440 New York Avenue, NW.
Washington, DC 20005

On Behalf of Defendant United States:

Claudia Burke
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW.
Room 12112
Washington, DC 20530

On Behalf of Intervenor Defendants Tianjin Pipe (Group) Corp., Tianjin Pipe International Economic & Trading Corp.:

Daniel Lewis Porter
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006

/s/ Wesley V. Carrington
Wesley V. Carrington
HOGAN LOVELLS US LLP

\\\DC - 019066/000014 - 3150763 v1