Form 12-1

UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 12

```
┌─────────────────────────────────────┐
│ TMK IPSCO et al.                    │
│                                     │
│                     Plaintiffs,     │
│                                     │
│    v.                               │
│ United States                       │
│                                     │
│                                     │
│                     Defendant.      │
└─────────────────────────────────────┘
```

Consol. Court No. 10-55

## NOTICE OF SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that <u>Daniel Lewis Porter of Curtis, Mallet-Prevost, Colt & Mosle LLP</u> has been substituted as attorney of record for Intervenor Defendant Tianjin Pipe (Group) Corp. in this action in place of **Daniel Lewis Porter of Winston & Strawn LLP.**

Dated: December 21, 2011

Tianjin Pipe (Group) Corp.
Intervenor Defendant

By: _[signature]_

     \* \* \* \* \* \* \* \* \*

PLEASE TAKE FURTHER NOTICE that the undersigned hereby appears in this action as attorney for Tianjin Pipe (Group) Corp. ,the Intervenor Defendant herein, and requests that all papers in connection therewith be served upon him. The individual attorney, in the undersigned firm, or corporate law department, responsible for the litigation is **Daniel Lewis Porter**. Also entering appearances are James Philip Durling, Matthew Paul McCullough, Ross Eric Bidlingmaier, and William Henry Barringer.

Dated: December 21, 2011

                                    _[signature]_
                                  Daniel L. Porter
                                Curtis, Mallet-Prevost, Colt & Mosle LLP
                                1717 Pennsylvania Avenue, NW
                                Washington, D. C. 20006

American LegalNet, Inc.
www.USCourtForms.com