**Form 17**

## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| **TMK IPSCO et al.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Court No. 10-00055** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

<u>Floyd McGraw</u> certifies that

1.    I am

[ ]  an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of United States Court of International Trade.

[X]  a consultant employed by Skadden, Arps, Slate, Meagher & Flom LLP.

2.    I represent, or am retained by or on behalf of:

[X]  a party to this action,

[ ]  an interested party that has filed a motion to intervene in this action, which is identified below:

<u>United States Steel Corporation.</u>

3.    I was

[X]  granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

[ ]  not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4.   I am

☐   (for attorneys) not involved in competitive decision making for the interested party I represent.

☒   (for consultants) independent of all parties in this action.

5.   I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

Floyd McGraw
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: 12-15-13

Form 17-3

## ADDITIONAL CERTIFICATIONS FOR ACCESS TO BUSINESS PROPRIETARY INFORMATION BY NON-ATTORNEY CONSULTANTS

1.  Certification by the consultant:

In this action, my access to business proprietary information will be under the direction and control of Jeffrey D. Gerrish, an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, who has provided the following certification.

Floyd McGraw
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: 12 – 15 – 13

2.  Certification by the attorney who is responsible for the direction and control of the consultant's access to business proprietary information:

I am an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and am admitted to practice before the United States Court of International Trade. I have met the criteria for access to business proprietary information under Rule 73.2(c) of the Rules of the United States Court of International Trade. I will exercise direction and control over the access to business proprietary information by the consultant who submits this Certification, and agree to assume responsibility for the consultant's compliance with the terms of Rule 73.2(c) and Administrative Order No. 02-01 of the United States Court of International Trade.

Jeffrey D. Gerrish
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Date: 12/19/13

(Added Jan. 25, 2000, eff. May 1, 2000; and amended Sept. 30, 2003, eff. Jan. 1, 2004; Feb. 6, 2013, eff. Mar. 1, 2013)