Form 18

## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE CLAIRE R. KELLY, JUDGE

TMK IPSCO ET AL,

                    Plaintiffs,

and

MAVERICK TUBE CORPORATION ET AL.,

                    Plaintiff-Intervenors,

v.                                              Consol. Ct. No. 10-00055

UNITED STATES,

                    Defendant,

and

TIANJIN PIPE (GROUP) CORP. AND TIANJIN
PIPE INTERNATIONAL ECONOMIC &
TRADING CORP.,

                    Defendant-Intervenors.

### NOTIFICATION OF TERMINATION OF ACCESS
### TO BUSINESS PROPRIETARY INFORMATION
### PURSUANT TO RULE 73.2(c)

### TERMINATION BY FIRM

Mark S. McConnell declares that:

I am an attorney representing plaintiff-intervenor Bureau of Fair Trade for Imports & Exports, Ministry of Commerce, People's Republic of China 1/ in this action.  I hereby give notice that, because all claims of our client have been dismissed, I have terminated the access to Business Proprietary Information by myself, the other attorneys and staff of my firm, and any consultants whose access to Business Proprietary Information under Rule 73.2(c) and Administrative Order No. 02-01 is subject to the direction and control of myself or a member of my firm.  I certify that all documents, including copies of documents, work papers, notes and records in electronic media containing Business Proprietary Information subject to Rule 73.2(c) and Administrative Order No. 02-01 in this action have been destroyed, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s): None.

---

1/       The Bureau of Fair Trade for Imports & Exports was renamed the "Trade Remedy and Investigation Bureau" during the proceeding.

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action or in the administrative proceeding that gave rise to this action to any person.

/s/ Mark S. McConnell
Mark S. McConnell

HOGAN LOVELLS US LLP
555 13TH Street, N.W.
Washington, D.C. 20004
(202) 637-5796

Date:  July 31, 2015